UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICER PETERSON,<br><br>    Defendant.<br>_____/ | CASE NO. 1:06-CV-01062 AWI LJO P<br><br>ORDER DENYING MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT, AND DIRECTING CLERK'S OFFICE TO RETURN PROPOSED SUPPLEMENT TO PLAINTIFF<br><br>(Doc. 5) |

    Plaintiff Francis W. Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 14, 2006. On August 24, 2006, plaintiff filed a motion seeking leave to supplement his complaint and submitted a proposed supplement.

    Rule 15(d) provides that "upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading *setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented*." Fed. R. Civ. P. 15(d) (emphasis added). Plaintiff seeks to supplement his complaint to add a claim against Correctional Officer Cummings. Plaintiff's claim against Cummings accrued on June 15, 2006. The complaint upon which this action proceeds was filed on August 14, 2006. Because plaintiff is not seeking to add a claim which accrued after August 14, 2006, his reliance on Rule 15(d) is misplaced and his motion shall be denied.

1    If plaintiff wishes to file an amended complaint including the claim against Cummings, he
2 may do so without leave of court because he has not previously amended and a responsive pleading
3 has not been served.  Fed. R. Civ. P. 15(a).  However, plaintiff must file an amended complaint
4 which is complete within itself.  Local Rule 15-220.  The amended complaint will supercede the
5 original complaint and the original complaint will not be considered by the court.
6    Based on the foregoing, plaintiff's motion seeking leave to supplement is HEREBY DENIED
7 and the Clerk's Office is DIRECTED to return plaintiff's proposed supplement to him.

9 IT IS SO ORDERED.
10 **Dated:    September 18, 2006**            **/s/ Lawrence J. O'Neill**
   b9ed48                          UNITED STATES MAGISTRATE JUDGE

2