# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICER PETERSON,<br><br>　　　　　Defendant.　　　　　　　　　／ | CASE NO. 1:06-cv-01062-AWI-NEW (DLB) PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 15) |

　　　Plaintiff Francis W. Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 14, 2006. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and on July 2, 2007, found that states cognizable claims for relief under section 1983 against defendants Peterson and Valles for retaliation and denial of equal protection.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

　　　1.　　Service is appropriate for the following defendants:

　　　　　　　　PETERSON

　　　　　　　　T. VALLES

---

[1] Plaintiff's Eighth Amendment and due process claims, claim for violation of Penal Code section 147, and claim for an order mandating he be allowed to make statues were dismissed. (Doc. 19.)

1

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed November 16, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed amended complaint filed November 16, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **July 6, 2007**           /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE