# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICER PETERSON,<br><br>         Defendant._____/ | CASE NO. 1:06-cv-01062-AWI-NEW (DLB) PC<br><br>ORDER DENYING MOTION FOR TRANSMISSION OF RECORD<br><br>(Doc. 27) |

Plaintiff Francis W. Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 24, 2007, plaintiff filed a motion seeking transmission of the record to the Court of Appeals for the Ninth Circuit.

Plaintiff's appeal of this court's order dismissing certain claims is premature in that the order plaintiff is attempting to appeal is not considered final and appealable until entry of judgment following the conclusion of this action. Further, in the event of an appeal that is proper and over which the Court of Appeals has jurisdiction, the Court of Appeals will request the record from this court as needed.

For these reasons, plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **August 28, 2007**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1