IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICE, PETERSON, et al.,<br><br>            Defendants. | CASE NO.: 1:06-cv-01062-AWI-GSA PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE MOTION<br><br>(Document #30)<br><br>Deadline: 11/30/2007 |

On October 1, 2007, defendants Peterson and Valles filed a motion to extend time to file an answer or a responsive motion. Defendants' motion is HEREBY GRANTED, and defendants have until November 30, 2007, to file an answer or a responsive motion.

IT IS SO ORDERED.

**Dated:   October 25, 2007**              /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE