IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **FRANCIS W. DAVIS,** | CASE No.: 1:06-cv-01062 AWI GSA (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICE, PETERSON, et al.,** | |
| | (DOCUMENT #39) |
| Defendants. | |

GOOD CAUSE APPEARING Defendants Peterson and Valles' request for an extension of time to respond to Plaintiff's discovery requests was considered by this Court, and:

**IT IS HEREBY ORDERED** that Defendants have until March 9, 2008, to serve their responses to Plaintiff's discovery requests.

IT IS SO ORDERED.

Dated:   **March 6, 2008**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

Order

1