IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **FRANCIS W. DAVIS,**<br><br>  Plaintiff,<br><br>  v.<br><br>**PETERSON, et al.,**<br><br>  Defendants. | 1:06-cv-01062 AWI GSA (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>(DOC #50) |

   Good cause having been shown, Defendants are granted an additional forty-five days, to and including December 4, 2008, to file a dispositive motion in this matter.

   IT IS SO ORDERED.

   **Dated:   October 21, 2008**          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

Order

1