1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10                            FRESNO DIVISION

11

12    **FRANCIS W. DAVIS,**                          1:06-cv-01062-AWI-GSA (PC)

13                                  Plaintiff,        **ORDER** GRANTING DEFENDANTS'
                                                      FIRST MOTION TO EXTEND TIME TO
14        **v.**                                      FILE A RESPONSE TO PLAINTIFF'S
                                                      OPPOSITION TO DEFENDANTS'
15    **CALIFORNIA DEPARTMENT OF**                    MOTION FOR SUMMARY
      **CORRECTIONS, CORRECTIONAL**                   JUDGEMENT
16    **OFFICER PETERSON, et al.,**
                                                      (DOCUMENT #59)
17                                  Defendants.
                                                      DEADLINE: FEBRUARY 13, 2009
18

19        Good cause having been shown, Defendants are granted an additional seven days, to

20   and including February 13, 2009, to file Defendants' response to Plaintiff's opposition to

21   Defendants' Motion for Summary Judgment in this matter.

22

23        IT IS SO ORDERED.

24     **Dated:    February 9, 2009**                    **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                              1