# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PETERSON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01062-AWI-GSA PC<br><br>ORDER DENYING MOTION FOR TRANSCRIPTS<br><br>(Doc. 71) |

　　　On October 19, 2009, Plaintiff filed a motion seeking transcripts in support of his appeal of the final order granting Defendants' motion for summary judgment. This case was handled entirely upon the papers submitted. Local Rule 78-230(m). Because no hearings or other matters were recorded electronically, by a court reporter or otherwise, there are no transcripts available in this action.

　　　Plaintiff's motion is HEREBY DENIED.

　　　IT IS SO ORDERED.

　　　Dated:　　**October 22, 2009**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1